UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSEPH HEYWOOD HAYMORE,

    Petitioner,

v.                                              CASE NO.  3:20cv5518-MCR/MAF

WARDEN JOSEPH,
FPC PENSACOLA,

    Respondent.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 21, 2020.  ECF No. 6.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.	Petitioner's writ of habeas corpus filed under 28 U.S.C. § 2241, ECF No. 1, is **DENIED** and Respondent's motion to dismiss, ECF No. 4, is **DENIED as moot**.

**DONE AND ORDERED** this 9th day of November 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**